**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

-*-

| | |
|---|---|
| JOANNE HAYWOOD-AGUILAR,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS FINANCIAL COMPANY, INC., SECURITY FINANCE CORPORATION; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION, LLC,<br><br>Defendants. | Case No. 2:19-cv-00681-GMN-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Joanne Haywood-Aguilar ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On April 19, 2019, Plaintiff filed her Complaint. On May 15, 2019, Trans Union was served with Plaintiff's Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is June 5, 2019.

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

Trans Union requires additional time to investigate, locate and assemble documents relating to Plaintiff's claims. In addition, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including June 26, 2019.

Dated this 4th day of June, 2019

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite
Kurt Bonds, Esq.
Nevada Bar No. 6228
Trevor Waite, Esq.
Nevada Bar No. 13779
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-700
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**LAW OFFICES OF NICHOLAS M. WAJDA**

//S// Joseph S. Davidson
Nicholas M. Wajda
Nevada Bar. No. 11480
Law Offices of Nicholas M. Wajda
871 Coronado Center Dr., Suite 200
Henderson, NV 89052
Telephone: (702) 900-6339
Facsimile: (866) 286-8433
nick@recoverylawgroup.com

Joseph S. Davidson
Sulaiman Law Group, Ltd.
2500 S Highland Ave., Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188 Fax
jdavidson@sulaimanlaw.com
*Counsel for Plaintiff*

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff's complaint, Docket No. 11, is GRANTED. Trans Union LLC shall respond to Plaintiff's complaint no later than June 26, 2019.

IT IS SO ORDERED.

DATED: June 4, 2019.

_____
UNITED STATES MAGISTRATE JUDGE