CHARLES T. MEYER
Nevada Bar No. 11842
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118
ctm@severson.com

Attorneys for Defendant
SECURITY FINANCE CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOANNE HAYWOOD-AGUILAR,<br><br>  Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS FINANCIAL COMPANY, INC.; SECURITY FINANCE CORPORATION; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION LLC,<br><br>  Defendants. | Case No. 2:19-cv-00681<br>Hon. Gloria M. Navarro<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT SECURITY FINANCE CORPORATION'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Action Filed: April 19, 2019<br>Trial Date: None Set |

Plaintiff Joanne Haywood-Aguilar ("Plaintiff"), and Defendant Security Finance Corporation ("Security Finance"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Security Finance's Time to Respond to Plaintiff's Complaint.

On April 19, 2019, Plaintiff filed the instant action. On May 20, 2019, Security Finance was served with the Complaint. The current deadline for Security Finance to answer or otherwise respond to Plaintiff's Complaint is June 10, 2019.

Security Finance requires additional time to investigate, locate and assemble

documents relating to Plaintiff's claims. In addition, Security Finance's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Security Finance has to answer or otherwise respond to Plaintiff's Complaint up to and including June 24, 2019.

DATED this 10th day of June, 2019

SEVERSON & WERSON
A Professional Corporation

By     /s/ Charles T. Meyer
CHARLES T. MEYER
Nevada Bar No. 11842
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Tel. (949) 442-7110
Fax.(949) 442-7118
ctm@severson.com
Attorneys for Defendant
SECURITY FINANCE CORPORATION

ATLAS CONSUMER LAW

By     /s/ Joseph Scott Davidson
JOSEPH SCOTT DAVIDSON
2500 S Highland Ave
Suite 200
Lombard, IL 60148
Tel: 630-575-8181
Fax: 630-575-8188

Attorneys for Plaintiff
JOANNE HAYWOOD-AGUILAR

## ORDER

The Joint Stipulation for Extension of Time for Security Finance to file an answer or otherwise respond to Plaintiff's Complaint, Dkt. No. 16 is Granted. Security Finance shall respond to Plaintiff's Complaint no later than June 24, 2019.

**IT IS SO ORDERED.**

DATED this  11  day of  June , 2019

_____
United States Magistrate Judge