Christopher Jorgensen
Nevada Bar No. 5382
Matthew R. Tsai
Nevada Bar No. 14290
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702-474-2642
Email: cjorgensen@lrrc.com
Email: mtsai@lrrc.com

*Counsel for Defendant Americredit Financial Services, Inc. d/b/a GM Financial*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOANNE HAYWOOD-AGUILAR,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS FINANCIAL COMPANY, INC., *et al*,<br><br>Defendants. | No. 2:19-cv-00681-GMN-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT AMERICREDIT FINANCIAL SERVICES, INC. D/B/A GM FINANCIAL'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Joanne Haywood-Aguilar ("Plaintiff") and Defendant Americredit Financial Services, Inc. d/b/a GM Financial[1] ("GM Financial"), by and through their respective counsel, file this Joint Stipulation Extending Defendant GM Financial's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On May 24, 2019, Plaintiff served her Complaint on GM Financial. The current deadline for GM Financial to answer or otherwise respond to Plaintiff's Complaint is June 14, 2019. GM Financial needs additional time to locate and assemble the documents relating to Plaintiff's claims and GM Financial's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. Neither party nor the Court will be prejudiced by this extension.

---

[1] Plaintiff names General Motors Financial Company, Inc. as the defendant in her Complaint. Upon information and belief, the proper defendant is Americredit Financial Services, Inc. d/b/a GM Financial.

1

Plaintiff has agreed to extend the deadline in which GM Financial has to answer or otherwise respond to Plaintiff's Complaint up to and including July 5, 2019. This is the first stipulation for extension of time for GM Financial to respond to Plaintiff's Complaint.

Dated this 10th day of June, 2019.                    Dated this 10th day of June, 2019.

LAW OFFICE OF NICHOLAS M. WAJDA, ESQ.                 LEWIS ROCA ROTHGERBER CHRISTIE LLP

/s/ Nicholas M. Wajda                                  /s/ Christopher Jorgensen
Nicholas M. Wajda                                      Christopher Jorgensen
871 Coronado Center Drive, Ste. 200                    Nevada Bar No. 5382
Henderson, NV 89052                                    Matthew R. Tsai
Telephone: (702) 900-6339                              Nevada Bar No. 14290
E-mail: nick@wajdalawgroup.com                         3993 Howard Hughes Parkway, Suite 600
                                                       Las Vegas, NV 89169
*Counsel for Plaintiff*                                Tel: 702-474-2642
                                                       Email: cjorgensen@lrrc.com
                                                       Email: mtsai@lrrc.com

                                                       *Counsel for Defendant General Motors Financial Company, Inc.*

**ORDER**

    **IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11 June 2019

2