UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOANNE HAYWOOD-AGUILAR,<br>　　Plaintiff(s),<br>v.<br>GENERAL MOTORS FINANCIAL COMPANY, INC., et al.,<br>　　Defendant(s). | Case No.: 2:19-cv-00681-GMN-NJK<br>**Order**<br>(Docket No. 26) |

Pending before the Court is Plaintiff and Defendant Equifax Information Services, LLC's notice of settlement. Docket No. 26. The parties submit that they have reached an agreement to resolve all claims and anticipate filing dismissal papers within 45 days. *Id*. at 1.

Accordingly, the Court **ORDERS** the parties to file a stipulation of dismissal no later than August 26, 2019.

IT IS SO ORDERED.

Dated: July 11, 2019

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge