Joseph S. Davidson, *Pro Hac Vice* (Ill. Bar No. 6301581)
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181
Facsimile: 630-581-8188
E-Mail: jdavidson@sulaimanlaw.com

*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOANNE HAYWOOD-AGUILAR,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS FINANCIAL COMPANY, INC.; SECURITY FINANCE CORPORATION; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION LLC,<br><br>Defendant. | Case No. 2:19-cv-00681-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS**<br><br>**(First Request)** |

COMES NOW Plaintiff, JOANNE HAYWOOD-AGUILAR, and Defendant, TRANSUNION LLC, hereby stipulating to extend time to file an opposition to TransUnion LLC's Motion to Dismiss Plaintiff's Complaint (Document 24), file date June 26, 2019, pursuant to LR IA 6-1.

**I.    Plaintiff's request of 14-days extension to file an opposition**

A.    <u>When briefs are due.</u>

At present, the deadline to file and serve any points and authorities in response to the motion is July 10, 2019. The deadline to file and serve any reply in support of the motion is July 17, 2019.

B.    <u>How many extensions of time have been granted.</u>

1

This is Plaintiff's initial request to extend time to file an opposition to TransUnion LLC's Motion to Dismiss.

C. <u>Reason why the extension is necessary.</u>

As result of 4th of July holiday as well as conflicting professional obligations, Counsel for Plaintiff requires an additional 14 days to file an adequate response.

D. <u>Specific amount of time requested.</u>

Plaintiff is seeking 14 days. Accordingly, the deadline to file and serve any points and authorities in response to the motion will be July 24, 2019. The deadline to file and serve any reply in support of the motion is July 31, 2019.

**II. Conclusion**

WHEREFORE, Plaintiff and Defendant request that this stipulation to extend briefing schedule be granted.

**IT IS SO STIPULATED**.

DATED: July 10, 2019                                    DATED: July 10, 2019

**JOANNE HAYWOOD-AGUILAR**                              **TRANSUNION LLC**

By: */s/ Joseph S. Davidson*                            By: */s/ Trevor R. Waite*
Joseph S. Davidson                                      Trevor R. Waite
SULAIMAN LAW GROUP, LTD. 2500                           ALVERSON TAYLOR & SANDERS
South Highland Avenue, Suite 200                        6605 Grand Montecito Parkway, Suite 200
Lombard, Illinois 60148                                 Las Vegas, Nevada 89149
630-575-8181                                            702-384-7000
jdavidson@sulaimanlaw.com                               twaite@alversontaylor.com

**ORDER**

**IT IS SO ORDERED.**

DATED this __12__ day of July, 2019.      _____
                                          Gloria M. Navarro, Chief Judge
                                          UNITED STATES DISTRICT COURT