# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOANNE HAYWOOD-AGUILAR,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>GENERAL MOTORS FINANCE COMPNAY, INC., *et al.*,<br><br>　　　　Defendant(s). | Case No.: 2:19-cv-00681-GMN-NJK<br><br>**ORDER** |

Pending before the Court is the parties' joint proposed discovery plan and scheduling order. Docket No. 30. In violation of the Court's Local Rules, the parties' proposed discovery plan fails to include the filers' signatures and incorrectly puts the undersigned's signature block on a separate page. *Id.* at 3; *see also* LR IC 5-1, LR IA 6-2. Accordingly, the proposed discovery plan, Docket No. 30, is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: July 24, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge