Joseph S. Davidson, *Pro Hac Vice* (Ill. Bar No. 6301581)
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

Nicholas M. Wajda (Nev. Bar No. 11480)
**WAJDA LAW GROUP, APC**
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
+1 702-900-6339
nick@wajdalawgroup.com

*Attorneys for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOANNE HAYWOOD-AGUILAR,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS FINANCIAL COMPANY, INC.; SECURITY FINANCE CORPORATION; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION LLC,<br><br>Defendant. | Case No. 2:19-cv-00681-GMN-NJK<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1

Plaintiff, JOANNE HAYWOOD-AGUILAR, and Defendant, EQUIFAX INFORMATION SERVICES LLC, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, to the Dismissal With Prejudice of this action against Equifax Information Services LLC, with each party to bear its own attorney's fees and costs.

DATED: September 11, 2019

Respectfully submitted,

/s/ Joseph S. Davidson

/s/ Jeremy J. Thompson (with consent)

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

Jeremy J. Thompson
**CLARK HILL PLLC**
3800 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada 89169
+1 702-862-8300
jthompson@clarkhill.com

*Counsel for Joanne Haywood-Aguilar*

*Counsel for Equifax Information Services, LLC*

**ORDER**

The stipulation is approved. The action against Equifax Information Services, LLC is hereby dismissed with prejudice.

DATED this 18 of September, 2019

_____
Gloria M. Navarro, District Judge
United States District Court