Joseph S. Davidson, *Pro Hac Vice* (Ill. Bar No. 6301581)
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

Nicholas M. Wajda (Nev. Bar No. 11480)
**WAJDA LAW GROUP, APC**
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
+1 702-900-6339
nick@wajdalawgroup.com

*Attorneys for the Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOANNE HAYWOOD-AGUILAR, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS FINANCIAL COMPANY, INC.; SECURITY FINANCE CORPORATION; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION LLC, <br><br> Defendant. | Case No. 2:19-cv-00681-GMN-NJK <br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1

Plaintiff, JOANNE HAYWOOD-AGUILAR, and Defendant, GENERAL MOTORS FINANCIAL COMPANY, INC., acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, to the Dismissal With Prejudice of this action against General Motors Financial Company, Inc., with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| DATED: September 24, 2019 | Respectfully submitted, |
| */s/ Joseph S. Davidson* | */s/ Christopher Jorgensen (with consent)* |
| Joseph S. Davidson<br>**SULAIMAN LAW GROUP, LTD.**<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>+1 630-575-8181<br>jdavidson@sulaimanlaw.com<br><br>*Counsel for Joanne Haywood-Aguilar* | Christopher Jorgensen<br>**LEWIS ROCA ROTHGERBER CHRISTIE LLP**<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada 89169<br>+1 702-474-2642<br>cjorgensen@lrrc.com<br><br>*Counsel for General Motors Financial Company* |

# **ORDER**

The stipulation is approved. The action against General Motors Financial Company is hereby dismissed with prejudice.

**IT IS SO ORDERED**

Dated this  25  day of September, 2019

_____
Gloria M. Navarro, District Judge
United States District Court

3